NO. 07-06-0195-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL D

SEPTEMBER 5, 2006
_____

THE PUB OF ROUND ROCK, D/B/A THE PUB,

Appellant

V.

TEXAS ALCOHOLIC BEVERAGE COMMISSION,

Appellee
_____

FROM THE 277th DISTRICT COURT OF WILLIAMSON COUNTY;

NO. 06-167-C277; HON. KEN ANDERSON, PRESIDING
_____

***ORDER DISMISSING APPEAL***
_____

Before QUINN, C.J., and REAVIS and CAMPBELL, JJ.

Appellant The Pub of Round Rock d/b/a The Pub and appellee Texas Alcoholic Beverage Commission, by and through their attorneys, have moved to dismiss this appeal due to the parties agreeing to settle and accept the trial court's judgment. Without passing on the merits of the case, we grant the motion pursuant to Texas Rule of Appellate Procedure 42.1(a)(2) and dismiss the appeal. Having dismissed the appeal at the request of the parties, no motion for rehearing will be entertained, and our mandate will issue forthwith.

Per Curiam